Argued and submitted September 14, reversed and remanded for reconsideration
October 6, 1993

In the Matter of the Compensation of
Russell H. Fowler, Claimant.

Russell H. FOWLER,
*Petitioner,*

*v.*

EASTERN OREGON CUSTOM COATERS
and SAIF Corporation,
*Respondents.*

(WCB 91-13314; CA A77359)

860 P2d 826

Kevin Keaney, Portland, argued the cause for petitioner. With him on the brief was Pozzi, Wilson, Atchison, O'Leary & Conboy, Portland.

John T. Bagg, Assistant Attorney General, Salem, argued the cause for respondents. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Edmonds and Leeson, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Pacheco-Gonzales v. SAIF*, 123 Or App 312, 860 P2d 822 (1993).